UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

05 JUL -6 PM 4: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**U.S.A. vs. Andrew Howell**                   **Docket No. 2:99CR20153-01**

## Petition on Probation and Supervised Release

**COMES NOW** __DAWN L. BROWN__, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of_Andrew Howell_, who was placed on supervision by the Honorable _Samuel H. Mays, Jr._ sitting in the Court at _Memphis, TN_, on the _30th_ day of _September_,_2004_, who fixed the period of supervision at _fourteen (14) months_, and imposed the general terms and conditions theretofore adopted by the Court.

1. The defendant shall submit to placement in the Synergy Drug Abuse Treatment Program as directed by the Probation Officer.
2. The defendant shall make regular monthly payments towards the restitution obligation. Payments are to be not less than ten (10) percent of the defendant's gross monthly income, as determined by the Probation Office. The interest requirement is waived.

* **Effective Date of Supervision: October 22, 2003.** (Supervised Release revoked on September 30, 2004. Defendant given custody sentence of three (3) months, with re-imposed fourteen (14) month term of Supervised Release which began on November 19, 2004.)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER** that Andrew Howell's conditions of supervised release be **MODIFIED** to include the Special Condition to participate in an intensive outpatient program and/or residential drug treatment program to include drug testing as directed by the Probation Office in lieu of participation in the Synergy Drug Abuse Treatment Program.

**ORDER OF COURT**

Considered and ordered this ____ day of _____, 20__, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_____
Dawn L. Brown
United States Probation Officer

**Place:** Memphis, Tennessee

**Date:** June 23, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-11-05

(70)

**RE:** **Andrew Burton Howell**
    **Docket No: 2:99CR20153-01**
    **Page 2**

As ordered by Your Honor at his sentencing, the Probation Office has attempted to place Mr. Howell into Synergy Drug Abuse Program. However, this officer was advised by Daria Ellis of the Synergy Drug Abuse Treatment Program that Mr. Howell does not meet the requirements for admission based on his criminal record. In an effort to address Mr. Howell's drug treatment needs, Mr. Howell has been referred and accepted into the residential drug treatment program at New Directions. In light of Mr. Howell's ineligibility to participate in the program at Synergy as deemed by the Court, the Probation Office would ask that Mr. Howell's conditions be amended to substitute intensive outpatient and/or residential treatment at the direction of the Probation Office in lieu of his placement into the Synergy program. If Your Honor is in agreement with this recommendation the appropriate paperwork is attached.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 2:99-CR-20153 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT